# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| JOSEPH MCNICHOLAS,<br><br>        Plaintiff,<br><br>v.<br><br>LOYOLA MARYMOUNT UNIVERSITY,<br><br>        Defendant. | CV 17-00386 TJH (Ex)<br><br>REDACTED AS TO FOREPERSON SIGNATURE<br><br>Verdict |

We, the jury, unanimously find the following:

**Question 1**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University interfered with his rights under the Family and Medical Leave Act by failing to reinstate him to the same or comparable position upon his return from leave on November 11, 2015?

    Yes _____      No ✓

**Question 2**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University interfered with his rights under the Family and Medical Leave Act by terminating his employment?

Yes _____   No ___✓___

**Question 3**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University interfered with his rights under the California Family Rights Act by failing to reinstate him to the same or comparable position upon his return from leave?

Yes _____   No ___✓___

**Question 4**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University interfered with his rights under the California Family Rights Act by terminating his employment?

Yes _____   No ___✓___

**Question 5**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University retaliated against him for exercising his rights under the Family and Medical Leave Act?

Yes _____    No __✓__

**Question 6**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University retaliated against him for exercising his rights under the California Family Rights Act?

Yes _____    No __✓__

If the answer to either Question 5 or Question 6 is "Yes," go to Question 7. If the answers to both Question 5 and Question 6 are "No," go to Question 8.

**Question 7**

Did Defendant Loyola Marymount University prove by a preponderance of the evidence that Defendant Loyola Marymount University would have reached the same decision to discharge Plaintiff Joseph McNicholas if Defendant Loyola Marymount University had not considered Plaintiff Joseph McNicholas's complaints that Defendant Loyola Marymount University interfered with his rights under the Family and Medical Leave Act and California Family Rights Act?

Yes _____    No _____

**Question 8**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University wrongfully discharged him in violation of public policy?

        Yes _____        No ✓

**Question 9**

Did Plaintiff Joseph McNicholas prove by a preponderance of the evidence that Defendant Loyola Marymount University discharged him for reporting violations of the Family and Medical Leave Act or the California Family Rights Act, in violation of California Labor Code § 1102.5?

        Yes _____        No ✓

If the answer to Question 9 is "Yes," go to Question 10. If the answer to Question 9 is "No," go to Question 11.

**Question 10**

Did Defendant Loyola Marymount University prove by clear and convincing evidence that it would have discharged Plaintiff Joseph McNicholas anyway for legitimate, independent reasons other than reporting violations of the Family and Medical Leave Act or the California Family Rights Act?

        Yes _____        No _____

**Question 11**

If you found Defendant Loyola Marymount University liable, what damages, if any, is Plaintiff Joseph McNicholas entitled to recover from Defendant Loyola Marymount University:

Lost Past Income:     $ __0.00__   Zero Dollars

Lost Future Income:   $ __0.00__   Zero Dollars

Date: 11/02/18

/s/
Jury Foreperson