UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MCNICHOLAS,<br><br>       PLAINTIFF(S),<br>v.<br><br>LOYOLA MARYMOUNT UNIVERSITY,<br>       DEFENDANTS. | **CASE NUMBER**<br><br>**CV 17-0386-TJH(Ex)**<br><br>**JUDGMENT ON THE VERDICT**<br><br>**FOR DEFENDANT(S)**   **JS-6** |

  This action having been tried before the Court sitting with a jury, the Honorable TERRY J. HATTER, JR., District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

  IT IS ORDERED AND ADJUDGED that the plaintiff(s) JOSEPH C. MCNICHOLAS take nothing; and that the defendant(s) LOYOLA MARYMOUNT UNIVERSITY (**Based on the verdict filed November 2, 2018),** said action be dismissed on the merits.

Dated November 14, 2018       CLERK, U.S. DISTRICT COURT
at   10:48 A.M.

                     By */s/ Yolanda Skipper*
                       Deputy Clerk

cc:  Counsel of record