# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

JOSEPH C. MCNICHOLAS

V.                                    Case Number:  2:17-cv-00386 TJH (Ex)

LOYOLA MARYMOUNT UNIVERSITY

Judgment was entered in this action on ___11/14/2018___ / ___171___ against  JOSEPH C. MCNICHOLAS
                                        Date         Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | $2,878.45 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | $6,345.24 |
| Depositions: see L.R. 54-3.5 | $14,239.35 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $6,431.42 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $2,950.60 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | $32,845.06 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[x] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other

Signature

David R. Sugden
Print Name

Attorney for: Defendant, Loyola Marymount University

Costs are taxed in the amount of _____

_____        By: _____        _____
Clerk of Court                    Deputy Clerk                Date

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Fay M. Azad, M.D., Westlake Village, CA | | $1,952.50 | | | 88 | $48.07 | $2,000.57 |
| John Carfora, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Rebecca Chandler, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Alice Martini-Doyle, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Diane Gehart, Agora Hills, CA | | $40.00 | | | 81 | $44.00 | $84.00 |
| Ivana, Hazboun, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Bruce Heller, Santa Monica, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Joseph Hellige, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| John C. Meyers, Ventura, CA | | $40.00 | | | 156 | $85.02 | $125.02 |
| Michael O'Sullivan, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Emma Pastrana, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Cythina Ruiz, Los Angeles, CA | | $40.00 | | | 45 | $25.00 | $65.00 |
| Luz Elena Ramirez, San Bernadino, CA | | $40.00 | | | 132 | $71.83 | $111.83 |
| Jane Lindberg | | $825.00 | | | | | $825.00 |
| Joyce Houser | | $2,700.00 | | | | | $2,700.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $6,431.42 |

## ITEMIZED COSTS

### Subpoena Services (Invoices attached)

| Vendor | Description | Invoice Date | Amount |
|--------|-------------|--------------|--------|
| 1.) Nationwide Legal LLC | Service of Deposition Subpoena to Fay M. Azad | 02/28/18 | $311.35 |
| 2.) Nationwide Legal LLC | Service of Deposition Subpoena to Joyce Houser (Attempted service) | 02/28/18 | $104.00 |
| 3.) Nationwide Legal LLC | Service of Deposition Subpoena to Joyce Houser | 02/28/18 | $400.35 |
| 4.) Nationwide Legal LLC | Service of Deposition Subpoena to Emma Pastrana | 02/28/18 | $154.50 |
| 5.) Nationwide Legal LLC | Service of Deposition Subpoena to Jane C. Lindberg | 02/28/18 | $364.90 |
| 6.) Nationwide Legal LLC | Service of Deposition Subpoena to Fay M. Azad (Amended subpoena) | 02/28/18 | $355.35 |
| 7.) Nationwide Legal LLC | Service of Deposition Subpoena to Emma Pastrana (Amended subpoena) | 02/28/18 | $171.00 |
| 8.) Nationwide Legal LLC | Service of Deposition Subpoena to Diane R. Gehart (Attempted service) | 03/15/18 | $185.00 |
| 9.) Nationwide Legal LLC | Service of Deposition Subpoena to Diane R. Gehart | 03/15/18 | $176.00 |
| 10.) Nationwide Legal LLC | Service of Deposition Subpoena to Emma Pastrana (Amended subpoena) | 03/15/18 | $171.00 |
| 11.) iNSERVIO | Service of Trial Subpoena to Fay M. Azad | 10/30/18 | $125.00 |
| 12.) iNSERVIO | Service of Trial Subpoena to Jane C. Lindberg | 10/30/18 | $145.00 |
| 13.) iNSERVIO | Service of Trial Subpoena to John C. Meyers | 10/24/18 | $115.00 |
| 14.) iNSERVIO | Service of Trial Subpoena to Luz Ramirez | 10/30/18 | $100.00 |
| | | **TOTAL: $2,878.45** | |

1132549.1



# NATIONWIDE LEGAL LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 277720 | 20406 |
| Invoice Date | Total Invoice |

RECEIVED
MAR 16 2018
ACCOUNTING

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DR. #1200
ATTN: CHERYL ST. JOHN
COSTA MESA, CA 92626

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

✂ Cut here and return with payment

| Customer No. | Invoice No. | | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|

| 2/28/18 | 2784017 | SDF | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA   CA 92626<br>Caller: APRIL YUSAY<br>Case Number: 56-2011-00401979-CU-<br>Documents: STIPULATION FOR EXTENSION<br>Client/Matter: 12817.148 CENTEX/WAGENES | VENTURA SUPERIOR COURTHOUSE<br>800 SOUTH VICTORIA AVENUE<br>VENTURA    CA 93009<br><br>Case Title: WAGENER V. SCE<br><br>Signed by: DELIVERED COURTESY COP | Base Chrg : 135.00 | 135.00 |
| STND PDF FILING | | | | | |

Total Charges for Ref. - 12817.148 CENTEX/WAGENE:   135.00

| 2/16/18 | 2781825 | SIP | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA   CA 92626<br>Caller: APRIL YUSAY<br>Case Number: 2:17-CV-00386<br>Documents: NTC DEPO<br>Client/Matter: 51794.135<br>Pieces/Pages: 6 | FAY M. AZAD, M.D.<br>2515 TOWNSGATE ROAD  STE 209<br>THOUSAND OAKS   CA 91360<br><br>Case Title: MCNICHOLAS V LOYOLA<br>SERVE TODAY<br>Signed by: JULIE LOUGHMILLER | Base Chrg : 185.00<br>ADV FEES : 87.00<br>Check Chgs: 4.35<br>Ship/Misc.: 35.00 | 311.35 |
| SPECIAL IN STATE PROCESS | | | | | |

| 2/16/18 | 2781861 | ROS | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA   CA 92626<br>Caller: APRIL YUSAY<br>Case Number: 2:17-CV-00386<br>Documents: NTC DEPO<br>Client/Matter: 51794.135<br>Pieces/Pages: 6 | JOYCE HOUSER<br>619 SANTA MONICA BLVD.<br>SANTA MONICA   CA 90401<br><br>Case Title: MCNICHOLAS V LOYOLA<br>SERVE TODAY<br>Signed by: ATTEMPTED DELIVERY | Base Chrg : 84.00<br>Prepare Pr: 10.00 | 104.00 |
| RUSH OFFICE SERVICE | | | | | |

| 2/16/18 | 2781863 | SIP | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA   CA 92626<br>Caller: APRIL YUSAY<br>Case Number: 2:17-CV-00386<br>Documents: NTC DEPO<br>Client/Matter: 51794.135<br>Pieces/Pages: 6 | JANE C. LINDBERG, M.D.<br>550 ST. CHARLES DRIVE<br>THOUSAND OAKS   CA 91360<br><br>Case Title: MCNICHOLAS V LOYOLA<br>SERVE TODAY<br>Signed by: TRACY FENSTON/FRONT DE | Base Chrg : 185.00<br>ADV FEES : 87.00<br>Check Chgs: 4.35<br>Ship/Misc.: 35.00 | 311.35 |
| SPECIAL IN STATE PROCESS | | | | | |

| 2/16/18 | 2781865 | ROS | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA   CA 92626<br>Caller: APRIL YUSAY<br>Case Number: 2:17-CV-00386<br>Documents: NTCXS/RPO:INTERROGS<br>Client/Matter: 51794.135<br>Pieces/Pages: 27 | POSNER & ROSEN LLP<br>3600 WILSHIRE BLVD<br>LOS ANGELES   CA 90010<br><br>Case Title: MCNICHOLAS V LOYOLA<br>SERVE TODAY<br>Signed by: JASON M | Base Chrg : 83.00<br>PDF/Pages : 6.60<br>Prepare Pr: 10.00 | 99.60 |
| RUSH OFFICE SERVICE | | | | | |

Total ▶ Continued

# NATIONWIDE LEGAL LLC

INVOICE PAYMENT DUE UPON RECEIPT



**NATIONWIDE LEGAL LLC**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 277720 | 20406 |

| Invoice Date | Total Invoice |
|---|---|

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DR. #1200
ATTN: CHERYL ST. JOHN
COSTA MESA, CA 92626

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

---

**Cut here and return with payment**

---

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |

| 2/16/18 | 2791926 | HTP | MUSICK PEELER & GARRETT LLP | JOYCE HOUSER | | Base Chrg : | 149.25 | |
| HOT RUSH PROCESS | | | 650 TOWN CENTER DRIVE | 610 SANTA MONICA BLVD. | | ADV FEES : | 97.00 | |
| | | | COSTA MESA    CA 92626 | SANTA MONICA    CA 90401 | | Check Chgs : | 4.85 | |
| | | | Caller: APRIL YUSAY | 4 ATTEMPTS | | Atmpc/Addl: | 149.25 | 400.35 |
| | | | Case Number: 2:17-CV-00386 | Case Title: MCNICHOLAS V LOYOLA | | | | |
| | | | Documents: NTC DEPO & SUBP TO APPEAR | | | | | |
| | | | Client/Matter: 51794.135 | Signed by: PERSONALLY SERVED | | | | |
| | | | Pieces/Pages:    6 | | | | | |
| | | | Rate Comment: 4 ATTEMPTS | | | | | |

| 2/20/18 | 2792181 | SPP | MUSICK PEELER & GARRETT LLP | EMMA PASTRANA | | Base Chrg : | 154.60 | 154.60 |
| SPECIAL PROCESS | | | 650 TOWN CENTER DRIVE | 7017 1/2 WEST MANCHESTER AVE. | | | | |
| | | | COSTA MESA    CA 92626 | LOS ANGELES    CA 90045 | | | | |
| | | | Caller: APRIL YUSAY | | | | | |
| | | | Case Number: 2:17-CV-00386TJH(EX) | Case Title: MCNICHOLAS V LOYOLA | | | | |
| | | | Documents: SUBPOENA TO TESTIFY HEARING: 2/28 10AM | | | | | |
| | | | Client/Matter: 51794.135 | Signed by: PERSONAL | | | | |
| | | | Pieces/Pages:    5 | | | | | |

Total Charges for Ref. - 51794.135:   1,181.15

| 2/22/18 | 2792763 | SIP | MUSICK PEELER & GARRETT LLP | JANE C. LINDBERG, M.D. | | Base Chrg : | 185.00 | |
| SPECIAL IN STATE PROCESS | | | 650 TOWN CENTER DRIVE | 550 ST. CHARLES DRIVE | | ADV FEES : | 131.00 | |
| | | | COSTA MESA    CA 92626 | THOUSAND OAKS    CA 91360 | | Check Chgs : | 6.55 | |
| | | | Caller: APRIL YUSAY | | | PDF/Pages : | 7.35 | |
| | | | Case Number: 2:17-CV-00386 | Case Title: MCNICHOLAS V. LMU | | Ship/Misc.: | 35.00 | 364.90 |
| | | | Documents: NOTICE OF TAKING DEPSUBP TO TESTIFY | | | | | |
| | | | Client/Matter: 51794.135 LMU/MCNICHOLAS Signed by: PERSONALLY SERVED | | | | | |
| | | | Pieces/Pages:    7 | | | | | |

| 2/22/18 | 2792774 | SIP | MUSICK PEELER & GARRETT LLP | FAY M. AZAD, M.D. | | Base Chrg : | 185.00 | |
| SPECIAL IN STATE PROCESS | | | 650 TOWN CENTER DRIVE | 2535 TOWNSGATE ROAD | | ADV FEES : | 128.00 | |
| | | | COSTA MESA    CA 92626 | THOUSAND OAKS    CA 91360 | | PDF/Pages : | 7.35 | |
| | | | Caller: APRIL YUSAY | | | Ship/Misc.: | 35.00 | 355.35 |
| | | | Case Number: 2:17-CV-00386 | Case Title: MCNICHOLAS V. LMU | | | | |
| | | | Documents: NOTICE OF TAKING DEPSUBP TO TESTIFY | | | | | |
| | | | Client/Matter: 51794.135 LMU/MCNICHOLAS Signed by: PERSONALLY SERVED | | | | | |
| | | | Pieces/Pages:    7 | | | | | |

Total Charges for Ref. - 51794.135 LMU/MCNICHOLAS:   720.25

Total ▶   Continued



**INVOICE PAYMENT DUE UPON RECEIPT**



**NATIONWIDE LEGAL** LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 277720 | 20406 |
| Invoice Date | Total Invoice |

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DR. #1200
ATTN: CHERYL ST. JOHN
COSTA MESA, CA 92626

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

✂ ····· Cut here and return with payment ·····

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|

| 2/22/18 | 2782767 | SPP | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL YUSAY | EMMA PASTRANA<br>7017 1/2 WEST MANCHESTER AVE.<br>LOS ANGELES    CA 90045 | | Base Chrg  171.00 | 171.00 |
| SPECIAL PROCESS | | | Case Number: 2:17-CV-00386TJH(EX)    Case Title: MCNICHOLAS V LOYOLA<br>Documents: SUBPOENA TO TESTIFY;NTC OF TAKING DEPO<br>Client/Matter: 51794,135LMU/MCNICHOLASSigned by: PERSONAL<br>Pieces/Pages:  8 | | | | |

                    Total Charges for Ref. - 51794,135LMU/MCNICHOLAS:    171.00

| 2/06/18 | 2779467 | STR | MARIN COUNTY SUPERIOR COURTHOUSE<br>3501 CIVIC CENTER DRIVE<br>SAN RAFAEL    CA 94903<br>Caller: APRIL YUSAY | MUSICK PEELER & GARRETT LLP<br>450 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626 | | Base Chrg  132.00<br>Wait/Rsrch  12.00<br>ADV FEES   13.00<br>Check Chgs  .65 | 157.65 |
| STANDARD RESEARCH | | | Case Number: BMC1710776    Case Title: MORINA V AMBRICAN ED<br>Documents: OBTAIN A COPY OF    THE ENTIRE FILE<br>Client/Matter: 71102.028 PHEAA/MORINA Signed by: OBTAINED FEES | | | | |

                    Total Charges for Ref. - 71102.028 PHEAA/MORINA:    157.65

| 2/21/18 | 2782469 | SDF | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL YUSAY | MARIN COUNTY SUPERIOR COURTHOUSE<br>3501 CIVIC CENTER DRIVE<br>SAN RAFAEL    CA 94903 | | Base Chrg  132.00<br>Wait/Rsrch  9.00<br>ADV FEES   20.00<br>Check Chgs  1.00 | 162.00 |
| STND PDF FILING | | | Case Number: BMC 1710776    Case Title: MORINA V. AMERICAN<br>Documents: MTN;NTC OF FILING    FILE/CONFORM/RETURN<br>Client/Matter: 71102.029 PHEAA/MORINA Signed by: FILED/FEES<br>Pieces/Pages:  5 | | | | |

                    Total Charges for Ref. - 71102.029 PHEAA/MORINA:    162.00

| 2/26/18 | 2783422 | HDF | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL YUSAY | SAN BERNARDINO JUSTICE CENTER<br>247 WEST THIRD STREET<br>SAN BERNARDINO    CA 92415 | | Base Chrg  93.50<br>Return  6.00 | 99.50 |
| HOT PDF FILING | | | Case Number: CIVDS1713372    Case Title: BLUESCOPE V TAYLOR<br>Documents: PJN    FILE/CONFORM/RETURN<br>Client/Matter: 79488.001    Signed by: FILED IN DEPT S32<br>Pieces/Pages:  8 | | | | |

                    Total Charges for Ref. - 79488.001:    99.50

**Total ▶**    Continued

**NATIONWIDE LEGAL** LLC    INVOICE PAYMENT DUE UPON RECEIPT



REC(
MAR 2
ACCOUNTING

| | Invoice # | Customer # |
|---|---|---|
| | 278322 | 20406 |
| | Invoice Date | Total Invoice |

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DR, #1200
ATTN: CHERYL ST. JOHN
COSTA MESA, CA 92626

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

Cut here and return with payment

- - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/08/18 | 41953 | OEF | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL | OCSC/ORANGE COUNTY SUPERIOR/CENTRAL<br>700 CIVIC CENTER DRIVE WEST<br>SANTA ANA    CA 92702 | Base Chg : 25.00<br>Trx Fees : 2.25 | 27.25 |
| OC-E-FILING | | | Case Number: 30-2017-00916260<br>Documents: CMC STMNT    FILE/CONFORM/RETURN<br>Client/Matter: 13413.022 | Case Title: DOE V. FUGITT<br>Signed by: FILED/TRANS - 4822963 | | |
| | | | Total Charges for Ref. - 13413.022:    27.25 | | | |
| 3/02/18 | 2784431 | RHR | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL YUSAY | VENTURA SUPERIOR COURTHOUSE<br>800 SOUTH VICTORIA AVENUE<br>VENTURA    CA 93009 | Base Chrg : 145.00<br>Wait/Rsrch: 12.00<br>ADV FEES : 120.00<br>Check Chgs: 6.00 | 283.00 |
| RUSH RESEARCH | | | Case Number: D371737<br>Documents: 21 DOCUMENTS HIGHLIGHTED ON CASE DOCKET<br>Client/Matter: 51794.135 LMU/MCNICHOLA Signed by: OBTAINED<br>Waiting Time: 40mins | Case Title: GEHART V. MCNICHOLAS | | |
| 3/06/18 | 2785027 | SPP | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL YUSAY | DIANE R. GEHART<br>30101 AGOURA COURT, SUITE 204<br>AGOURA HILLS    CA 91301 | Base Chrg : 185.00 | 185.00 |
| SPECIAL PROCESS | | | Case Number: 2:17-CV-00386 TJH<br>Documents: USDC SUBPOENA TO    TESTIFY AT DEPO<br>Client/Matter: 51794.135 LMU/MCNICHOLA Signed by: CLOSE OUT<br>Pieces/Pages: 7 | Case Title: MCNICHOLAS V LOYOLA | | |
| 3/07/18 | 2785320 | SPP | MUSICK PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE<br>COSTA MESA    CA 92626<br>Caller: APRIL YUSAY | DIANE R. GEHART<br>18111 NORDHOFF STREET<br>NORTHRIDGE    CA 91330 | Base Chrg : 176.00 | 176.00 |
| SPECIAL PROCESS | | | Case Number: 2:17-CV-00386 TJH<br>Documents: USDC SUBPOENA TO    TESTIFY AT DEPO<br>Client/Matter: 51794.135 LMU/MCNICHOLA Signed by: CLOSE OUT PER APRIL | Case Title: MCNICHOLAS V LOYOLA | | |
| | | | Total Charges for Ref. - 51794.135 LMU/MCNICHOLA:    644.00 | | | |

Total ▶    Continued



**NATIONWIDE LEGAL LLC**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 278322 | 20406 |
| **Invoice Date** | **Total Invoice** |

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DR. #1200
ATTN: CHERYL ST. JOHN
COSTA MESA, CA 92626

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 245-9970
TAX ID # 20-8284527

Cut here and return with payment

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|

---

**2/27/18  2783636  BPP**
SPECIAL PROCESS

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DRIVE
COSTA MESA     CA 92626
Caller: APRIL YUSAY
Case Number: 2:17-CV-00386TJH(EX)
Documents: AMENDED NOTICE OF   TAKING DEPOSITION
Client/Matter: 51794.135LMU/MCNICHOLASSigned by: CANCELLED PER APRIL
Pieces/Pages:   8

EMMA PASTRANA
7017 1/2 WEST MANCHESTER AVE.
LOS ANGELES     CA 90045

Case Title: MCNICHOLAS V LOYOLA

Base Chrg :  171.00        171.00

Total Charges for Ref. - 51794.135LMU/MCNICHOLAS:     171.00

---

**3/14/18  2786851  HDF**
                    **PDF**
HOT PDF FILING

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DRIVE
COSTA MESA     CA 92626
Caller: APRIL YUSAY
Case Number: BC672150
Documents: CMC STMNT   FILE/CONFORM/RETURN
Client/Matter: 55190.177
Pieces/Pages:   7

LASC CENTRAL
111 NORTH HILL STREET
LOS ANGELES     CA 90012

Case Title: ARSENESCU V. SANITAT

Signed by: FILED R102

Base Chrg :   60.00
Return    :    6.00
Wait/Rsrch:    6.00        72.00

Total Charges for Ref. - 55190.177:     72.00

---

**3/01/18  41484  OEF**
OC-E-FILING

MUSICK PEELER & GARRETT LLP
650 TOWN CENTER DRIVE
COSTA MESA     CA 92626
Caller: APRIL YUSAY
Case Number: 30-2016-00891442
Documents: REPLY X2   FILE/CONFORM/RETURN
Client/Matter: 95083.006

OCSC/ORANGE COUNTY SUPERIOR/CENTRAL
700 CIVIC CENTER DRIVE WEST
SANTA ANA     CA 92702

Case Title: RATHER V. HUTCHINSON

Signed by: FILED/TRANS#4820475

Base Chg :   25.00
Trx Fees :    2.25         27.25

Total Charges for Ref. - 95083.006:     27.25

---

Total ▶     941.50

**NATIONWIDE LEGAL LLC**     INVOICE PAYMENT DUE UPON RECEIPT



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2018 | A30715 |

| Tax ID - 81-5400533 |
|---|

**REMIT TO:**
13915 N MOPAC EXPY STE 210
AUSTIN, TX 78728
512-710-0643

| Bill To | Ship To |
|---------|---------|
| Call & Jensen<br>Attn: Mariam Yusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 | Call & Jensen<br>Attn: MariamYusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 |

(SUB,)

| | Job Number | i18-0956 |
|---|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|-------|----------|-----------|-----|------------|----------------|--------------|
| Net 30 | 11/29/2018 | 10/30/2018 | PE | LOY01-01 | Mariam Yusuf | McNicholas v. Loyola |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| | MCNICHOLAS vs. LOYOLA MARYMOUNT UNIVERSITY | | |
| *$221.88* | L1: Fay M. Azad, M.D.<br>2535 Townsgate Road, Ste. 209<br>Westlake Village, CA 91360   *trial subpoena* | | |
| 1 | Rush, Service of Process | 125.00 | 125.00 |
| 1 | Witness Fees | 88.07 | 88.07 |
| 1 | Witness Fee Advance Charge | 8.81 | 8.81 |
| *$145.00* | L2: Jane C. Lindberg, M.D.<br>550 St. Charles Drive, Ste. 200<br>Thousand Oaks, CA 91360   *trial subpoena* | | |
| 1 | Rush, Non-Service of Process | 145.00 | 145.00 |
| | Thank you, for using Inservio3! | | |

ACCOUNTING
NOV 0 9 2018

TABS
NOV 0 9 2018

☐ To be paid by C&J and charged to
LOY01-01 3055
☐ To be forwarded to _____
for direct payment
Date *1118* C&J atty *MAY*
L100/E113

SUB,

| Subtotal | $366.88 |
|----------|---------|
| Sales Tax (7.75%) | $0.00 |
| Payments/Credits | $0.00 |
| Balance | $366.88 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Inservio3. Client has 10 days from receipt of invoice to inspect Inservio3 completed work for quality. If no objection is made with the 10 day period, it shall be deemed accepted and full payment shall be due in accordance wit the terms of this invoice.

CALL & JENSEN A Professional Corporation General Account

33520

| | CHECK | | |
|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |

169 JOHN CARFORA
10/09/18    TRIAL WITNESS FEE                                   65.00                    65.00

| CHECK DATE | CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| 0/09/18 | 33520 | TOTALS ▶ Gross: | 65.00 | Ded: | 0.00 Net: | 65.00 |

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33520

# CALL & JENSEN
### EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

Union Bank
(800) 238-4486
UnionBank.com

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
|---|---|---|
| 10/09/18 | 33520 | *****$65.00 |

PAY                        *** SIXTY-FIVE & 00/100 DOLLARS

TO THE
ORDER
OF:   JOHN CARFORA

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT.

⑆033520⑆ ⑈122000496⑈ 0710045453⑈

CALL & JENSEN  A Professional Corporation General Account

33520

⌂Safeguard  LITHO USA   SFS-2  007588112L                   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-9399                                    M03SF005845

| | | | CHECK | | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
| 169 REBECCA CHANDLER | | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/09/18 | 33516 | TOTALS ▶ | Gross: | 65.00 | Ded: | 0.00 Net: | 65.00 |

ORIGINAL DOCUMENT. PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33516

**CALL & JENSEN** EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

UnionBank
(800) 238-4486
unionbank.com
16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
|---|---|---|
| 10/09/18 | 33516 | *****$65.00 |

PAY

*** SIXTY-FIVE & 00/100 DOLLARS

TO THE
ORDER
OF:   REBECCA CHANDLER

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈"033516"⑈ ⑆122000496⑆ 0710045453"

CALL & JENSEN  A Professional Corporation General Account

33516

Ⓡ Safeguard   LITHO USA  SFSL2  CK7S08112L

| | | | CHECK | | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
| | 169 ALICE MARTINI DOYLE | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| 0/09/18 | 33518 | TOTALS ▶ | Gross: | 65.00 | Ded: | 0.00 Net: | 65.00 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33518

# CALL & JENSEN EST. 1981

GENERAL ACCOUNT

610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

Union Bank
(800) 338-6466
union-bank.com

16-49/1220-6
0710045453

| | DATE | CHECK | AMOUNT |
|---|---|---|---|
| | 10/09/18 | 33518 | *****$65.00 |

PAY

*** SIXTY-FIVE & 00/100 DOLLARS

TO THE
ORDER
OF: ALICE MARTINI DOYLE

Wayne Call

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK: TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈033518⑈ ⑆122000496⑆ 0710045453⑈

CALL & JENSEN  A Professional Corporation General Account

33518

CALL & JENSEN A Professional Corporation General Account

33525

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------------|-----------|------------|
| 169 DIANE GEHART | | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 84.00 | | 84.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 84.00 | Ded: | 0.00 | Net: | 84.00 |
|------------|----------------|----------|--------|-------|------|------|------|-------|
| 10/09/18 | 33525 | | | | | | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33525

**CALL & JENSEN**
EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

**U** UnionBank
(800) 238-4486
unionbank.com

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 10/09/18 | 33525 | *****$84.00 |

PAY
TO THE
ORDER
OF:    DIANE GEHART

*** EIGHTY-FOUR & 00/100 DOLLARS

_Wayne Call_
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK. TOUCH OR PRESS HERE — RED IMAGE DISAPPEARS WITH HEAT.

⑈033525⑈ ⑆122000496⑆ 0710045453⑈

CALL & JENSEN A Professional Corporation General Account

33525

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-9399

M03SE005845

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------------|------------|
| | 169 IVANA HAZBOUN | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | | Ded: | | Net: | |
|------------|----------------|----------|--------|------|------|------|------|------|
| 10/09/18 | 33523 | | | 65.00 | | 0.00 | | 65.00 |

33523

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33523

**CALL & JENSEN** EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

U UnionBank

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 10/09/18 | 33523 | *****$65.00 |

PAY

*** SIXTY-FIVE & 00/100 DOLLARS

TO THE
ORDER
OF:    IVANA HAZBOUN

*Wayne Call*
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈"033523"  ⑈:122000496⑈: 0710045453⑈"

CALL & JENSEN  A Professional Corporation General Account

33523

⑆ Safeguard   LITHO USA   SFSL2   OKF508112L                TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-9399                M03SF005845



| | | | | | CHECK | |
| DATE | DESCRIPTION | | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
| | 169 BRUCE HELLER | | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | | | | | |
| 10/09/18 | 33517 | TOTALS ▶ | Gross: | 65.00 | Ded: | 0.00 | Net: | 65.00 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33517

**CALL & JENSEN** EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

UnionBank
(800) 238-4486
unionbank.com

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
| 10/09/18 | 33517 | *****$65.00 |

PAY
TO THE
ORDER
OF: BRUCE HELLER

*** SIXTY-FIVE & 00/100 DOLLARS

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK: TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT

⑆033517⑈ ⑆122000496⑆ 0710045453⑈

CALL & JENSEN A Professional Corporation General Account

33517

Safeguard LITHO USA · SFSL2 · D07S09112L

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-9399

M03SF005845

33521

| | | CHECK | | | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |

169 JOSEPH HELLIGE
10/09/18    TRIAL WITNESS FEE      65.00      65.00

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 65.00 | Ded: | 0.00 | Net: | 65.00 |
|---|---|---|---|---|---|---|---|---|
| 10/09/18 | 33521 | | | | | | | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33521

# CALL & JENSEN EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

**U** UnionBank
(800) 118-4486
unionbank.com

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
|---|---|---|
| 10/09/18 | 33521 | *****$65.00 |

PAY
TO THE
ORDER
OF:    JOSEPH HELLIGE

*** SIXTY-FIVE & 00/100 DOLLARS

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈033521⑈ ⑆122000496⑆ 0710045453⑈

CALL & JENSEN A Professional Corporation General Account

33521

Ⓡ Safeguard   LITHO USA   SFS12   CK7560112L



# Invoice

**REMIT TO:**
**13915 N MOPAC EXPY STE 210**
**AUSTIN, TX  78728**
**512-710-0643**

| Date | Invoice # |
|------|-----------|
| 10/24/2018 | A30225 |
| Tax ID - 81-5400533 | |

| Bill To |
|---------|
| Call & Jensen<br>Attn: Mariam Yusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 |

| Ship To |
|---------|
| Call & Jensen<br>Attn: MariamYusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 |

(SUB,)

| | Job Number | i18-0961 |

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|-------|----------|-----------|-----|-----------|----------------|--------------|
| Net 30 | 11/23/2018 | 10/24/2018 | PE | LOY01-01 | Mariam Yusuf | McNicholas v. Loyola |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| | MCNICHOLAS vs. LOYOLA MARYMOUNT UNIVERSITY | | |
| | L1: John C. Meyers, MA CRC<br>260 Maple Court, Suite 120<br>Ventura, CA 93003 | | |
| 1 | Rush, Service of Process | 115.00 | 115.00 |
| 1 | Witness Fees | 125.02 | 125.02 |
| 1 | Witness Fee Advance Charge | 12.50 | 12.50 |
| | Thank you, for using Inservio3! | | |

*trial subpoena* (handwritten)

ACCOUNTING          TABS

NOV 0 9 2018          NOV 0 9 2018

☑ To be paid by C&J and charged to
LOY01 305S
☐ To be forwarded to
_____ for direct payment
Date N8   C&J atty WAL

SUB,   L100 E113

| Subtotal | $252.52 |
|----------|---------|
| Sales Tax (7.75%) | $0.00 |
| Payments/Credits | $0.00 |
| Balance | $252.52 |

BCC
11·9·18

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Inservio3. Client has 10 days from receipt of invoice to inspect Inservio3 completed work for quality. If no objection is made with the 10 day period, it shall be deemed accepted and full payment shall be due in accordance wit the terms of this invoice.

CALL & JENSEN A Professional Corporation General Account

33522

| | | | | CHECK | |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
| | 169 MICHAEL O'SULLIVAN | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | AMOUNT | Ded: | DEDUCTION | Net: | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/09/18 | 33522 | | Gross: | 65.00 | Ded: | 0.00 | Net: | 65.00 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33522

# CALL & JENSEN
EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

UnionBank
(800) 238-4486
unionbank.com

16-49/1220-6
0710045453

| | DATE | CHECK | AMOUNT |
|---|---|---|---|
| | 10/09/18 | 33522 | *****$65.00 |

PAY

*** SIXTY-FIVE & 00/100 DOLLARS

TO THE
ORDER
OF:    MICHAEL O'SULLIVAN

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑆033522⑆ ⑆122000496⑆ 0710045453⑆

CALL & JENSEN  A Professional Corporation General Account

33522

33524

CALL & JENSEN  A Professional Corporation General Account

| DATE | DESCRIPTION | INVOICE # | CHECK | | |
| | | | AMOUNT | DEDUCTION | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | 169 EMMA PASTRONA | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ Gross: | | Ded: | | Net: | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/09/18 | 33524 | | 65.00 | | 0.00 | | 65.00 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33524

# CALL & JENSEN
### EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

U UnionBank
(800) 238-4486
unionbank.com

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
| --- | --- | --- |
| 10/09/18 | 33524 | *****$65.00 |

PAY
TO THE
ORDER
OF:   EMMA PASTRONA

*** SIXTY-FIVE & 00/100 DOLLARS

*Wayne Tell*
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈"033524"⑈ ⑈:122000496⑈: 0710045453"⑈

CALL & JENSEN  A Professional Corporation General Account

33524

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-9399

M03SF005845

Safeguard

33519

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | 169 CYNTHIA RUIZ | | | | |
| 10/09/18 | TRIAL WITNESS FEE | | 65.00 | | 65.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | | Ded: | | Net: | |
|------------|----------------|----------|--------|---|------|---|------|---|
| 10/09/18 | 33519 | | | 65.00 | | 0.00 | | 65.00 |

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

33519

# CALL & JENSEN
### EST. 1981

GENERAL ACCOUNT
610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

**Union**Bank
(800) 238-4486
unionbank.com

16-49/1220-6
0710045453

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 10/09/18 | 33519 | *****$65.00 |

*** SIXTY-FIVE & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:     CYNTHIA RUIZ

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

⑈"033519"⑈ ⑊1220004961⑊ 0710045453⑈"

CALL & JENSEN  A Professional Corporation General Account

33519



# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2018 | A30716 |

Tax ID - 81-5400533

**REMIT TO:**
13915 N MOPAC EXPY STE 210
AUSTIN, TX 78728
512-710-0643

| Bill To | Ship To |
|---|---|
| Call & Jensen<br>Attn: Mariam Yusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 | Call & Jensen<br>Attn: MariamYusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 |

*SUB,*

Job Number: i18-0957

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 11/29/2018 | 10/30/2018 | PE | LOY01-01 | Mariam Yusuf | McNicholas v. Loyola |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | MCNICHOLAS vs. LOYOLA MARYMOUNT UNIVERSITY | | |
| $100.00 | L1: Luz Ramirez<br>5500 University Parkway<br>San Bernardino, CA 92407  *first Attempt L1*  *Trial Subprena* | | |
| 1 | Rush, Non-Service of Process | 100.00 | 100.00 |
| $223.01 | L2: Luz Ramirez (home)<br>731 California Drive<br>Claremont, CA 91711  *2rd Attempt*  *trial subpeona* | | |
| 1 | Rush, Service of Process | 100.00 | 100.00 |
| 1 | Witness Fees | 111.83 | 111.83 |
| 1 | Witness Fee Advance Charge | 11.18 | 11.18 |
| | Thank you, for using Inservio3! | | |

ACCOUNTING
NOV 0 9 2018

TABS
NOV 0 9 2018

To be paid by C&J and charged to  *LOY01-01  3055*
To be forwarded to _____ for direct payment
Due _____ Cli att *MFD*

*SUB,*    *LOUIE/13*

| | |
|---|---|
| **Subtotal** | $323.01 |
| **Sales Tax (7.75%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance** | $323.01 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Inservio3. Client has 10 days from receipt of invoice to inspect Inservio3 completed work for quality. If no objection is made with the 10 day period, it shall be deemed accepted and full payment shall be due in accordance wit the terms of this invoice.

## ITEMIZED COSTS

### Reporter's Transcripts (Invoices attached)

| Vendor | Description | Invoice Date | Amount |
|---|---|---|---|
| 1.)  Lisa M. Gonzalez, Official Court Reporter | Trial Transcript | 11/20/18 | $3,702.60 |
| 2.)  Amy Diaz, Official Court Reporter | Trial Transcript | 11/16/18 | $2,642.64 |
| | | | **TOTAL: $6,345.24** |

1132549.1

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20180078

**MAKE CHECKS PAYABLE TO:**

David R. Sugden
Call, Jensen & Ferrell
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660

Phone: (949) 717-3000

LISA M. GONZALEZ, CSR, RPR, CC
Official Court Reporter
350 W. First Street
Room 4455
Los Angeles, CA 90012

Phone: (626) 827-8726

Tax ID: 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
CSRLisaG@aol.com

| | CRIMINAL | X | CIVIL | DATE ORDERED: 11-07-2018 | DATE DELIVERED: 11-02-2018 |

**Case Style:** 17-CV-0386, Joseph McNicholas v Loyola Marymount University

Reporter's Transcript of Proceedings of October 30, 31, November 1, 2, 2018, daily transcripts.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 4.38 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 5.10 | | | 0.90 | | | 0.60 | | |
| Expedited | | 5.82 | | | 0.90 | | | 0.60 | | |
| Daily | 510 | 7.26 | 3,702.60 | | 0.90 | | | 0.60 | | 3,702.60 |
| Hourly | | 8.70 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 3,702.60 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| **Deposit Date: 10-30-2018** | | | | | | LESS AMOUNT OF DEPOSIT: | | | | 4,500.00 |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $-797.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 11-20-2018 |

*(All previous editions of this form are cancelled and should be destroyed)*

**United States District Court**
**Central District California**

Date: 11/16/2018
Invoice Number: 201800040

To:

**David Sugden**
610 Newport Center Drive
Suite 700
Newport Beach, CA, 92660

Make Checks Payable To:

**Amy Diaz**
**Official US Court Reporter**
350 W. 1st Street
#4455
Los Angeles, CA, 90012
**Phone:** (661) 803-8320
**Email:** amyfcrr@gmail.com

## Case Details:

**Case Number:** 2:17-CV-386-TJH
**Case Title:** Joseph McNicholas vs. Loyola Marymount
University
**Case Description:** For an original and one daily copy of trial
transcripts from the dates of Tuesday, October 30th, 2018 to
Thursday, November 1st, 2018.
**Criminal or Civil:** Civil

**Proceeding Date:** Oct 30, 2018
**Judge Hearing Case:** Terry Hatter

## Transcripts:

**Date Ordered:** Oct 30, 2018
**Date Delivered:** Oct 30, 2018

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|-----------|-----------|------|-----------|
| Daily Original | 364 | $7.26 | $2,642.64 |

**Total:** $2,642.64
**Amount of Deposit:** $4,500.00

**Amount Due:** $-1,857.36

## Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and
delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the
ordinary delivery rate.

*/s/ Amy Diaz*

## ITEMIZED COSTS

### Deposition Transcripts (Invoices attached)

| Vendor | Description | Invoice Date | Amount |
|---|---|---|---|
| 1.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Joseph Hellige | 06/12/17 | $831.00 |
| 2.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Rebecca Chandler | 08/28/17 | $866.90 |
| 3.) Elite Court Reporting | Deposition Transcript of Plaintiff Joseph McNicholas | 09/01/17 | $1,926.07 |
| 4.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Michael O'Sullivan | 10/02/17 | $788.30 |
| 5.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Bruce Heller | 10/12/17 | $758.20 |
| 6.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Ivana Odak Hazboun | 01/03/18 | $618.25 |
| 7.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Cynthia Ruiz | 01/30/18 | $935.75 |
| 8.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of Alice Martini Doyle | 02/06/18 | $999.25 |
| 9.) Rosemary Harrison Certified Shorthand Reporter | Deposition Transcript of John M. Carfora | 02/16/18 | $999.50 |
| 10.) Elite Court Reporting | Deposition Transcript of Emma Pastrana | 04/03/18 | $1,911.28 |

| Vendor | Description | Invoice Date | Amount |
|---|---|---|---|
| 11.) Elite Court Reporting | Deposition Transcript of Fay Azad | 05/24/18 | $1,355.50 |
| 12.) Elite Court Reporting | Deposition Transcript of Jane Lindberg | 05/30/18 | $676.50 |
| 13.) Elite Court Reporting | Deposition Transcript of Rebecca Chandler (Volume II) | 06/11/18 | $276.75 |
| 14.) Veritext Legal Solutions | Deposition Transcript of Joyce Houser | 06/12/18 | $1,296.10 |
| | | | **TOTAL: $14,239.35** |

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

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

June 12, 2017

Inv. No:  117-17

Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:  McNicholas vs. Loyola Marymount University

5-26-17      Certified Copy, Index, ASCII,
             PDF, Scanned exhibits for the
             deposition of Joseph Hellige.$831.00

                Total............$831.00

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

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

August 18, 2017

Inv. No:  118-17

Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California 92626

Re:  McNicholas vs. Loyola Marymount University

8-10-17      Certified Copy, Index, ASCII,
             PDF, Scanned exhibits for the
             deposition of Joseph Hollins.$866.90
                        *Rebecca Chandler*
                        Total...........$866.90

APPROVED FOR PAYMENT

Signed By: _____

Client No.: 51794.135



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2017 | 17-9642 |

**COURT ▓ REPORTING**
23312 Madero Rd., Ste.B, Mission Viejo, CA 92691
Phone: (949) 829-9222  Fax: (949) 829-9223

Bill To    ATTN.: ADAM JOHNSON, ESQ.
MUSICK, PEELER & GARRETT
650 Town Center Drive
Suite 1200
Costa Mesa, CA  92626

| Attorney | Reporter | Depo Date | Case Caption | Case Number |
|----------|----------|-----------|--------------|-------------|
| Adam Johnson, Esq. | TL | 8/18/2017 | McNicholas vs. Loyola | 2:17-VC-00386 |

| Description | Amount |
|-------------|--------|
| Original and One Copy of the Transcript of Joseph McNicholas, Ph.D. McNicholas vs. Loyola Marymount | 1,926.07 |

**APPROVED FOR PAYMENT**

Signed By: _ALJ_

Client No.: _51794.135_

| | NET 30 DAYS | $1,926.07 |
|--|-------------|-----------|

WE ACCEPT
MASTERCARD VISA AMEX

MAKE CHECKS PAYABLE TO:

ELITE COURT REPORTING
23312 Madero, Suite B
Mission Viejo, CA  92691
Tax ID No. 37-1474286

WE APPRECIATE YOUR BUSINESS!

A service charge of 1.5% per month (18% annum) will be payable for any monies owing past the stated terms.

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

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

October 2, 2017

Inv. No:  119-17

Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California 92626

Re:  McNicholas vs. Loyola Marymount University

_____

9-19-17       Certified Copy, Index, ASCII,
              PDF, Scanned exhibits for the
              deposition of ~~Joseph Hellige~~.$788.30
                     Michael O'Sullivan
                     Total...........$788.30

APPROVED FOR PAYMENT

Signed By: _____

Client No.: _51794.135_

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

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

October 12, 2017

Inv. No:   120-17


Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:  McNicholas vs. Loyola Marymount University

_____

9-28-17          Certified Copy, Index, ASCII,
                 PDF, Scanned exhibits for the
                 deposition of
                 Bruce Heller, PH.D..........$758.20

                          Total...........$758.20


APPROVED FOR PAYMENT

Signed By: _____
Client No.: _51794.135_

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

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

January 3, 2018

Inv. No:  121-17

Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:  McNicholas vs. Loyola Marymount University

---

12-19-17      Certified Copy, Index, ASCII,
              PDF, Scanned exhibits for the
              deposition of
              Ivana Odak Hazboun...........$618.25

                      Total...........$618.25

APPROVED FOR PAYMENT

Signed by: 
Client No.: 51794.135

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

January 30, 2018

Inv. No:  101-18

Musick, Peeler & Garrett LLP
Geoffrey C. Brethen, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:  McNicholas vs. Loyola Marymount University

---

| 1-17-18 | Certified Copy, Index, ASCII, PDF, Scanned exhibits for the deposition of Cynthia Ruiz................$935.75 |

Total...........$935.75

APPROVED FOR PAYMENT

Signed by: _____
Client No.: 51794.135

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

February 6, 2018

Inv. No:  102-18

Musick, Peeler & Garrett LLP
Geoffrey C. Brethen, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:  McNicholas vs. Loyola Marymount University

1-24-18     Certified Copy, Index, ASCII,
            PDF, Scanned exhibits for the
            deposition of
            Alice Martini Doyle..........$999.25

                    Total...........$999.25

APPROVED FOR PAYMENT

Signed by: _____
Client No.: 51794.135

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
1456 Thompson Avenue
Glendale, California 91201
(818) 395-2321

February 16, 2018

Inv# No:   103-18

RECEIVED

1 8 2017

ACCOUNTING

Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:   McNicholas vs. Loyola Marymount University

| | | |
|---|---|---|
| 2-1-18 | Certified Copy, Index, ASCII, PDF, Scanned exhibits for the deposition of | |
| | John M. Carfora...............$1,111.25 | |
| | Discount..................... - 111.75 | |
| | Total...........$   999.50 | |

APPROVED FOR PAYMENT

Signed by: _____
Client No.: 51794.135



**C O U R T ⫶ R E P O R T I N G**

23312 Madero Rd., Ste.B, Mission Viejo, CA 92691
Phone: (949) 829-9222  Fax: (949) 829-9223

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/3/2018 | 18-11161 |

Bill To

ATTN.: GEOFFREY BRETHEN, ESQ.
MUSICK, PEELER & GARRETT
650 Town Center Drive
Suite 1200
Costa Mesa, CA  92626

| Attorney | Reporter | Depo Date | Case Caption | Case Number |
|----------|----------|-----------|--------------|-------------|
| Geoffrey Brethen, Esq. | EKott | 3/15/2018 | McNicholas vs. Loyola | 2:17-CV-00386 |

| Description | Amount |
|-------------|--------|
| Original and One Copy of the Transcript of Emma Pastrana McNicholas vs. Loyola Marymount | 1,911.28 |

| | |
|---|---|
| NET 30 DAYS | $1,911.28 |

WE ACCEPT
MASTERCARD VISA AMEX

MAKE CHECKS PAYABLE TO:

ELITE COURT REPORTING
23312 Madero, Suite B
Mission Viejo, CA  92691
Tax ID No. 37-1474286

WE APPRECIATE YOUR BUSINESS!

A service charge of 1.5% per month (18% annum) will be payable for any monies owing past the stated terms.



# Invoice

| Date | Invoice # |
| --- | --- |
| 5/24/2018 | 18-11578 |

**COURT ▦ REPORTING**
23312 Madero Rd., Ste.B, Mission Viejo, CA 92691
Phone: (949) 829-9222  Fax: (949) 829-9223

Bill To

ATTN.: ADAM JOHNSON, ESQ.
MUSICK, PEELER & GARRETT
650 Town Center Drive
Suite 1200
Costa Mesa, CA  92626

| Attorney | Reporter | Depo Date | Case Caption | Case Number |
| --- | --- | --- | --- | --- |
| Adam Johnson, Esq. | LC | 5/10/2018 | McNicholas vs. Loyola | 2:17-CV-00386 |

| Description | Amount |
| --- | --- |
| Original and One Copy of the Transcript of Expert Fay Azad, M.D. McNicholas vs. Loyola Marymount | 1,355.50 |

| | |
| --- | --- |
| NET 30 DAYS | $1,355.50 |

WE ACCEPT
MASTERCARD VISA AMEX

MAKE CHECKS PAYABLE TO:

ELITE COURT REPORTING
23312 Madero, Suite B
Mission Viejo, CA  92691
Tax ID No. 37-1474286

WE APPRECIATE YOUR BUSINESS!

A service charge of 1.5% per month (18% annum) will be payable for any monies owing past the stated terms.



COURT ⚖ REPORTING
23312 Madero Rd., Ste.B, Mission Viejo, CA 92691
Phone: (949) 829-9222  Fax: (949) 829-9233

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/30/2018 | 18-11651 |

Bill To

ATTN.: ADAM JOHNSON, ESQ.
MUSICK, PEELER & GARRETT
650 Town Center Drive
Suite 1200
Costa Mesa, CA  92626

| Attorney | Reporter | Depo Date | Case Caption | Case Number |
|----------|----------|-----------|--------------|-------------|
| Adam Johnson, Esq. | KP | 5/15/2018 | McNicholas vs. Loyola | 2:17-CV-00386 |

| Description | Amount |
|-------------|--------|
| Original and One Copy of the Transcript of Jane Lindberg, M.D.<br>McNicholas vs. Loyola Marymount | 676.50 |

APPROVED FOR PAYMENT

Signed By: _____

Client No.: __51794.135__

| | |
|---|---|
| NET 30 DAYS | $676.50 |

WE ACCEPT
MASTERCARD VISA AMEX

MAKE CHECKS PAYABLE TO:

ELITE COURT REPORTING
23312 Madero, Suite B
Mission Viejo, CA  92691
Tax ID No. 37-1474286

WE APPRECIATE YOUR BUSINESS!

RECEIVED
JUN  5 2018
L. NORTHERN

A service charge of 1.5% per month (18% annum) will be payable for any monies owing past the stated terms.

ROSEMARY HARRISON
CERTIFIED SHORTHAND REPORTER
201 Five Cities Drive, No. 73
Pismo Beach, California 93449
(818) 395-2321

June 11, 2018

Inv. No:  103-18

Musick, Peeler & Garrett LLP
Adam L. Johnson, Esq.
650 Town Center Drive
Suite 1200
Costa Mesa, California  92626

Re:  McNicholas vs. Loyola Marymount University

---

5-30-18      Certified Copy, Index, ASCII,
             PDF, Scanned exhibits for the
             deposition of
             Rebecca Chandler..............$ 276.75
                  (Volume II)

                  Total...........$  276.75


APPROVED FOR PAYMENT

Signed By: _____

Client No.: 51794.135

**Veritext Corp**
**Hahn & Bowersock Division**

20 Corporate Park, #350
Irvine CA 92606
Tel. 800.660.3187 Fax. 714.662.1398
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Geoffrey Brethen | |
| Musick Peeler & Garrett LLP | **Invoice #:** OC3376607 |
| 650 Town Center Drive | **Invoice Date:** 6/12/2018 |
| Suite 1200 | **Balance Due:** $1,296.10 |
| Costa Mesa, CA, 92626-7166 | |

| | |
|---|---|
| **Case:** | Mcnicholas v. Loyola Marymount |
| **Job #:** | 2917185 \| Job Date: 5/22/2018 \| Delivery: Normal |
| **Billing Atty:** | Geoffrey Brethen |
| **Location:** | Premier Business Center |
| | 401 Wilshire Blvd \| 12th Floor |
| | Santa Monica, CA 90401 |
| **Sched Atty:** | Adam L. Johnson Esq. \| Musick Peeler & Garrett LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Joyce Houser | Original with 1 Certified Transcript | Page | 175.00 | $1,050.00 |
| | Exhibits | Per Page | 214.00 | $117.70 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $35.00 |
| | Production & Processing | 1 | 1.00 | $45.00 |
| | Parking Expense | Per hour | 1.00 | $23.40 |
| | Shipping & Handling | Package | 1.00 | $25.00 |

| | |
|---|---|
| **Notes:** | **Invoice Total** $1,296.10 |
| | **Payment** $0.00 |
| | **Credit** $0.00 |
| | **Interest** $0.00 |
| | **Balance Due** $1,296.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

THIS INVOICE IS 31 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| **To pay online, go to**<br>**www.veritext.com** | Please remit payment to:<br>**Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** OC3376607<br>**Job #:** 2917185<br>**Invoice Date:** 6/12/2018<br>**Balance:** $1,296.10 |
|---|---|---|

43046   Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

## ITEMIZED COSTS

**Certifications, Exemplifications and Reproduction of Documents (Invoices attached)**

| Vendor | Description | Invoice Date | Amount |
|--------|-------------|--------------|--------|
| iNSERVIO | Trial Exhibit Reproduction | 10/18/18 | $2,950.60 |
| | | | **TOTAL: $2,950.60** |

1132549.1

INSERVIO3

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2018 | A30874 |

| Tax ID - 81-5400533 |
|---------------------|

REMIT TO:
13915 N MOPAC EXPY STE 210
AUSTIN, TX 78728
512-710-0643

| Bill To | Ship To |
|---------|---------|
| Call & Jensen<br>Attn: Accounts Payable<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 | Call & Jensen<br>Attn: Mariam Yusuf<br>610 Newport Center Dr.<br>Ste 700<br>Newport Beach, CA 92660 |

EXH,

| Job Number | IS3-OC047368 |
|------------|--------------|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|-------|----------|-----------|-----|------------|----------------|--------------|
| Net 30 | 11/30/2018 | 10/18/2018 | PE | LOY01-01 Exhibits | Mariam Yusuf | LOY01-01 Exhibits |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1,989 | Electronic Image Endorsement (Per Page) | 0.02 | 39.78 |
| 1,989 | Optical Character Recognition (Per Page) | 0.03 | 59.67 |
| 11,989 | Blowback Printing - with Assembly | 0.12 | 1,438.68T |
| 1,830 | Index Tabs | 0.35 | 640.50T |
| 30 | Blowback Printing - Color 8.5 x 11 | 0.85 | 25.50T |
| 18 | Miscellaneous Service - cutting exhibit tags 9 yellow 9 blue | 3.00 | 54.00 |
| 1 | FTP Transfer | 10.00 | 10.00 |
| 24 | 4" View D Ring Binder | 18.00 | 432.00T |
| 1 | Hard Drive - Thumb Drive | 50.00 | 50.00T |

ACCOUNTING
NOV 0 8 2018
TABS
NOV 0 8 2018

☑ To be paid by C&J and charged to
   LOY01-01 3055
☐ To be forwarded to _____
              for direct payment
   Date 11/8/18 C&J atty 605 per DRS

EXH, "Trial Exhibit Binders"
       L100|E117

| | |
|---|---|
| **Subtotal** | $2,750.13 |
| **Sales Tax (7.75%)** | $200.47 |
| **Payments/Credits** | $0.00 |
| **Balance** | $2,950.60 |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Inservio3. Client has 10 days from receipt of invoice to inspect Inservio3 completed work for quality. If no objection is made with the 10 day period, it shall be deemed accepted and full payment shall be due in accordance wit the terms of this invoice.